## 21706.  MALLAS *et al.* *v.* GEORGIA SAVINGS BANK & TRUST COMPANY.

BROYLES, C. J.  Under the facts of the case as disclosed by the pleadings the judge did not err:   (1) in overruling the demurrers to the amended petition;  (2) in sustaining the motion to strike the defendants' plea in abatement and the traverse of the sheriff's return;  (3) in striking on demurrer the answer of the defendants;  (4) in permitting the verdict in favor of the plaintiff to be rendered and the judgment based thereon to be entered.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED JANUARY 12, 1932.  REHEARING DENIED FEBRUARY 16, 1932.

*Cecil R. Hall,* for plaintiffs in error.   *A. S. Grove,* contra.